IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BECKY STEPTOE,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 14-5574** |
| | : | |
| **BEST BUY IN TOWN, INC., et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this 21st day of July, 2016, upon consideration of the plaintiff's motion for partial summary judgment (Document #26), and the responses thereto, IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

                                            BY THE COURT:

                                         */s/ Lawrence F. Stengel*
                                        LAWRENCE F. STENGEL, J.